# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## DEFAULT JUDGMENT IN A CIVIL CASE

**NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND, by its Trustees, John Bulgaro, Gary Staring, Ronald G. Lucas, Daniel W. Schmidt, Michael S. Scalzo Sr., Tom J. Ventura, Bob Schaefer and Steven S. Mazza**

     vs.          CASE NUMBER: 5:09-CV-1318 (NAM/GHL)

**STAATS EXPRESS, INC., and any and all unnamed members of its controlled group**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Motion for Default Judgment is granted, Plaintiffs are awarded judgment against Staats Express, Inc., for the sum of $712,316.71 which represents $600,809.34 in withdrawal liability, $47,982.44 in interest, $60,080.93 in liquidated damages and $3,444.00 in Attorney's Fees and costs. Plaintiffs are awarded interest for the time period beginning June 3, 2010 through the date judgment is entered in the amount of # 181.06 per day.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 13th day of October, 2010.

DATED: October 13, 2010

*Lawrence K. Baerman*
Clerk of Court

    s/

    Joanne Bleskoski
    Deputy Clerk